UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-07265-SPG-SK | Date | July 7, 2023 |
| Title | Capital Providers of Cambridge Sarnano, LLC et al v-Kevin Robl et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiff(s) are **ORDERED** to show cause by no later than July 19, 2023, why this case should not be dismissed for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). Plaintiffs allege this Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367 based on claims asserted under federal law. (ECF No. 1 ¶ 17). However, it appears that the only claim asserted under a federal statute is Plaintiffs' tenth claim for relief. Plaintiffs' tenth claim is brought under 18 U.S.C. §§ 1348 and 3301. Neither statute provides a private right of action. *See, e.g.*, *Tasaka v. Bayview Loan Servicing, LLC*, No. 17-CV-07235 (LDH)(ST), 2022 WL 992472, at *6 (E.D.N.Y. Mar. 31, 2022). Accordingly, they cannot serve as the basis for federal question jurisdiction. *See Reynolds v. Wilkerson*, No. 13-CV-04855-LHK, 2014 WL 4062771, at *4 (N.D. Cal. Aug. 14, 2014).

**IT IS SO ORDERED**.

| | : | |
|---|---|---|
| | Initials of Preparer | pg |